Gerrick M. Warrington (State Bar No. 294890)
gwarrington@frandzel.com
Heather J. Canning (State Bar No. 272394)
hcanning@frandzel.com
FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 Wilshire Boulevard, Nineteenth Floor
Los Angeles, California 90017-2427
Telephone: (323) 852-1000
Facsimile: (323) 651-2577

Attorneys for RJS Financial and
Joyce Seidner

**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| In re<br><br>Youngsoon Choi,<br><br>Debtor. | Case No. 25-22551<br><br>Chapter 7<br><br>DCN: FRB-1<br><br>**ORDER GRANTING RJS FINANCIAL AND JOYCE SEIDNER'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362(d)(4)**<br><br>Date: September 8, 2025<br>Time: 10:30 a.m.<br>Crtrm.: 28, Dept A<br>501 I Street, 7th Floor<br>Sacramento, CA<br><br>Judge: Frederick E. Clement |

On September 8, 2025, the Court held a hearing on the Motion for Relief from the Automatic Stay ("Motion") (Dkt. 102) filed by RJS Financial and Joyce Seidner (together, "Movants"), as well as the Response in Opposition ("Opposition") (Dkt. 130) filed by the Debtor, Youngsoon Choi ("Debtor"), and the Movants' Reply (Dkt. 132), and for the reasons stated on the record, and for cause shown,

**IT IS ORDERED AS FOLLOWS**:

1. The Motion is GRANTED under § 362(d)(4).

2. The Motion is ~~DENIED~~ granted under § 362(d)(1).

3. The automatic stay of 11 U.S.C. § 362(a) as to the Movants, their successors, transferees, and assigns, is hereby terminated as to the Debtor and the estate pursuant to 11 U.S.C. § 362(d)(4) with respect to the real property located at 315 North Sierra Nevada Street, Stockton, CA 95205 ("Property"), which Property reflects the following legal description:

APN of Collateral Real Property: 151-130-480

Street Address of Collateral Real Property:
**315 North Sierra Nevada Street Stockton CA 95205**

(Legal Description)

**Lots 8, 10 and 12 of Block 221, East of Center Street, in the City of Stockton, County of San Joaquin, State of California, according to the Official Map or plat thereof**

~~4. The Movants are permitted to proceed with any and all available rights and remedies under nonbankruptcy law with respect to the Property.~~

5. The Court finds that there have been multiple bankruptcy cases affecting the Property and that Debtor was involved in a scheme to hinder, delay, or defraud Movant.

~~6. The Court grants in rem relief under 11 U.S.C. § 362(d)(4). If this Order is recorded in compliance with applicable state laws governing notices of interests or liens in real property, the Order shall be binding in any other case under this title purporting to affect the Property filed not later than 2 years after the date of the entry of the order by the Court.~~

~~7. Any federal, state, or local government unit that accepts notices of interests or liens in real property shall accept any certified copy of this Order for indexing and recording.~~

8. The Court retains jurisdiction to interpret and enforce this order.

Frandzel Robins Bloom & Csato, L.C.
1000 Wilshire Boulevard, Nineteenth Floor
Los Angeles, California 90017-2427
(323) 852-1000

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000

9. The 14-day stay of Rule 4001(a)(4) of the Federal Rules of Bankruptcy Procedure is hereby deemed waived.

ENTERED:

Dated: September 10, 2025

Fredrick E. Clement
United States Bankruptcy Judge