(2)

**U. S. BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| **IN RE:** | § | **CASE NO: 2:25-bk-22551** |
| | § | |
| **YOUNGSOON CHOI** | § | |
| | § | **CHAPTER 7** |
| **Debtor(s)** | § | |
| | § | |

FILED
OCT - 3 2025
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

## MOTION TO WITHDRAW AS COUNSEL

Peter G. Macaluso, with The Law Office Of Peter Macaluso by and through the undersigned counsel, respectfully moves this Court for an Order authorizing its withdrawal as counsel of record for the Debtor, Youngsoon Choi and states as follows:

1. Peter G. Macaluso, with The Law Office Of Peter Macaluso has been serving as counsel of record for the Debtor in the above-captioned bankruptcy case.

2. Counsel seeks to withdraw its representation for the following reason(s):

**(a)** Irreconcilable differences have arisen between counsel and the Debtor, which require the withdrawal of counsel.

**(b)** There has been a breakdown in communication.

**(c)** The Debtor insists on the need to obtain new counsel or proceed pro se (without a lawyer)..

**3.** Counsel has provided the Debtor with all critical information, including any upcoming hearings or deadlines, to prevent prejudice to the Debtor's interests.

4. Counsel is not aware of any prejudice to the Debtor or the bankruptcy estate that would result from the withdrawal at this stage of the proceedings.

5. A proposed Order granting this motion is filed concurrently.

**WHEREFORE**, Peter G. Macaluso, with The Law Office Of Peter Macaluso respectfully requests that this Court enter an Order authorizing it to withdraw as counsel of record for the Debtor in the above-captioned case and for such other and further relief as the Court deems just and proper.

Dated: October 3, 2025 Respectfully submitted,

Youngsoon Choi ~~Peter G. Macaluso~~ Y. S. C.

The Law Office Of Peter Macaluso
7230 S Land Park Dr #127
Sacramento, CA 95831
916-392-6591
Bar No: 215730

**CERTIFICATE OF SERVICE**

I hereby certify that on 3RD day of October, 2025, a true and correct copy of the foregoing Motion to Withdraw as Counsel was served by U.S. Mail, email on the following parties:

Youngsoon Choi
323 N Sierra Nevada St
Stockton, CA 95205-4546

U.S. Trustee
Office of the U.S. Trustee
Robert T Matsui
United States Courthouse
501 I Street, Room 7-500
Sacramento, CA 95814

Peter G. Macaluso