GABRIEL P. HERRERA, State Bar No. 287093
*gherrera@kmtg.com*
KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
A Professional Corporation
1331 Garden Hwy, 2nd Floor
Sacramento, California 95833
Telephone: (916) 321-4500
Facsimile: (916) 321-4555

Attorneys for KIMBERLY J. HUSTED,
Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION**

| | |
|---|---|
| In re<br><br>YOUNGSOON CHOI,<br><br>Debtor. | Case No. 25-22551<br>Chapter 7<br><br>DCN: KMT-3<br><br>**APPLICATION TO EMPLOY REED BLOCK REALTY AS BROKER**<br><br>[Hearing Not Required] |

KIMBERLY J. HUSTED ("Trustee"), in her capacity as the Chapter 7 trustee for the bankruptcy estate of YOUNGSOON CHOI ("Debtor"), hereby applies to employ Reed Block Realty ("Broker") as the bankruptcy estate's real estate broker to market the estate's interest in certain real property located at 1918 S Olive Avenue, Stockton, CA 958215 / APN: 173-133-02 ("Stockton Property") and 1605 Auseon Avenue, Oakland, CA 94621 / APN: 043-4583-013 ("Oakland Property") (collectively "Subject Properties"). In support thereof, the Trustee submits the following:

**<u>JURISDICTION AND BACKGROUND</u>**

1. Jurisdiction for the filing of this motion exists pursuant to 28 U.S.C. sections 157(b)(2)(A) and 1334; and 11 U.S.C. sections 328 and 330.

2. On or about May 23, 2025, the Debtor commenced the above-captioned bankruptcy case by the filing of a voluntary Chapter 11 petition.

3. On or about July 30, 2025, the Court converted the Chapter 11 case to one under Chapter 7. The Trustee is the duly appointed Chapter 7 trustee for the Debtor's bankruptcy estate.

4. Among the scheduled assets of the Debtor's bankruptcy estate is the Debtor's interest in the Subject Properties. The Debtor values the Stockton Property at $510,000, subject to liens aggregating $379,994.70 and values the Oakland Property at $500,000, subject to liens aggregating $349,715.30.

5. The Trustee has investigated the Subject Properties and believe each of the properties have value and benefit for the estate.

**RELIEF SOUGHT AND BASIS FOR RELIEF**

6. The Trustee seeks to employ the Broker to serve as the estate's real estate broker to market the Subject Properties, pursuant to the listing agreements and addenda filed in support of this application. Upon the Broker's advice and the inspection of the Subject Properties, the listing agreements provide for a list price of $475,000 for the Stockton Property and $499,000 for the Oakland Property.

7. The Broker has agreed to advertise the Subject Properties, show the Subject Properties to interested parties, represent the estate as seller in connection with the sale of the Subject Properties, and advise the Trustee with respect to obtaining the highest and best offer available in the present market for the Subject Properties. The Broker has agreed to perform these services in return for a commission of 6.00% of the purchase price, which may be shared with a cooperating broker in the event a cooperating broker represents a buyer.

8. The Trustee desires the Broker to market the Subject Properties because the Broker has significant experience in marketing and selling real estate similar to the Subject Properties. The 6.00% commission fee charged by the Broker is the normal and reasonable residential commission fee charged for similar services. The Trustee is not seeking approval of the terms of the compensation set forth in the agreement. Such approval will be sought by subsequent application in conjunction with a proposed sale.

9. The Broker understands that any sale of the Subject Properties is subject to Bankruptcy Court approval and the Broker's employment and compensation in this matter are also subject to Bankruptcy Court approval.

/ / /

10. Reed Block, on behalf of the Broker, has caused a conflicts check to be performed to determine if any conflicts of interest exist in this case between the Broker and interested parties. The names checked include the names of the Debtor, the United States Trustee, and the names of all of the persons or entities listed on the creditors' mailing matrix.

11. Mr. Block has disclosed that the Broker represents or has represented the Trustee in other matters unrelated to this case. The United States Trustee has also been involved in those matters.

12. Mr. Block has further disclosed that he currently has customer accounts with US Bank, PG&E, Citibank, Home Depot, and Greensky.

13. Except as set forth above, no members of the Broker have connections with the Debtor, creditors, or any party-in-interest, their respective attorneys, accountants, or the U.S. Trustee, or any employee of the U.S. Trustee.

**WHEREFORE**, the Trustee prays that her application be granted and for such other and further relief as the Court deems necessary and proper.

DATED: October 6, 2025

KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
A Professional Corporation

By: ______________________________
Gabriel P. Herrera
Attorneys for KIMBERLY J. HUSTED,
Chapter 7 Trustee