**HILL & MORRIS**, Attorneys at Law
CINDY LEE HILL, Esq.
(State Bar No. 119213)
5150 Sunrise Boulevard, Suite E-4
Fair Oaks, California 95628

Telephone: (916) 671-1144

Attorneys for Debtors

**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

In re:
Youngsoon Choi

Debtor. /

Case No. 2025-22551

MCN CLH-1

**SUBSTITUTION OF ATTORNEY**

Youngsoon Choi, debtor herein, hereby substitutes HILL & MORRIS, Attorneys at Law in place and instead of herself and The Law Offices of Peter G Macaluso,7230 South Land Park Dr # 127 Sacramento CA 95831 as his attorney of record.

DATED: 10-17-2025

Youngsoon Choi

I accept the above substitution.

Dated: 10/17/25

HILL & MORRIS
Attorneys at Law

By: CINDY LEE HILL

I consent to the above substitution.

Dated: 10/24/25

By: Peter G. Macaluso

HILL & Morris
Attorneys at Law
5150 Sunrise Boulevard, Suite E-4
Fair Oaks, CA 95628
(916) 671-1144