**2**

GABRIEL P. HERRERA, State Bar No. 287093
*gherrera@kmtg.com*
KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
A Professional Corporation
1331 Garden Hwy, 2nd Floor
Sacramento, California 95833
Telephone: (916) 321-4500
Facsimile: (916) 321-4555

Attorneys for KIMBERLY J. HUSTED,
Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION**

| | |
|---|---|
| In re<br><br>YOUNGSOON CHOI,<br><br>Debtor. | Case No. 25-22551<br>Chapter 7<br><br>DCN: KMT-2<br><br>**ORDER GRANTING MOTION TO ABANDON ESTATE PROPERTY**<br><br>Judge: Fredrick E. Clement<br>Date: October 20, 2025<br>Time: 10:30 a.m.<br>Dept.: A, Crtrm 28, 7th Floor<br>501 I Street<br>Sacramento, CA 95814 |

The motion of Kimberly J. Husted ("Trustee"), in her capacity as the Chapter 7 trustee for the bankruptcy estate of YOUNGSOON CHOI ("Debtor"), to abandon estate property came on for hearing at the above-captioned date, time, and place. Appearances were noted on the record. Upon consideration of the motion, the evidence in support, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that:

1. The motion is granted.

/ / /

/ / /

/ / /

2. The bankruptcy estate's interest in the following real properties are hereby deemed abandoned: (a) 315 N. Sierra Nevada St., Stockton, CA 95205; (b) 1103-1109 Wanda Street, Crocket, CA 94525; (c) 1205 Club Drive, Richmond, CA 94803; (d) 321-323 N. Sierra Nevada Street, Stockton, CA 95205; (e) 142 Redwood Drive, Woodacre, CA 94973; and (f) 707-711 Ohio Street, Vallejo, CA 94590.

3. The abandonment is only to the assets specifically identified herein.

Dated: October 24, 2025

Fredrick E. Clement
United States Bankruptcy Judge