**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re<br>Youngsoon Choi,<br>Debtor. | ) Case No. 25-22551 - A - 7<br>) Docket Control No. KMT-4<br>) Document No. 241<br>) Date: 11/17/2025<br>) Time: 10:30 AM<br>) Dept: A |

**Order**

Findings of fact and conclusions of law are stated in the civil minutes for the hearing.

Chapter 7 Trustee Kimberly Husted's motion to approve a compromise has been presented to the court. Having entered the default of respondent for failure to appear, timely oppose, or otherwise defend in the matter, and having considered the well-pleaded facts of the motion,

IT IS ORDERED that the motion is granted. The court hereby approves the compromise that is reflected in the settlement agreement attached to the motion as exhibit and filed at docket no. 243.

**Dated:** November 18, 2025

**Fredrick E. Clement**
**United States Bankruptcy Judge**

[241] - Motion/Application to Compromise Controversy/Approve Settlement Agreement with Pacific Loanworks, Inc., RJS Financial, and Joyce Seidner [KMT-4] Filed by Trustee Kimberly J. Husted (pdes)