**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re<br>Youngsoon Choi,<br>Debtor. | ) Case No. 25-22551 - A - 7<br>) Docket Control No. PJK-6<br>) Document No. 281<br>) Date: 01/20/2026<br>) Time: 10:30 AM<br>) Dept: A |

**Order**

Findings of fact and conclusions of law are stated in the civil minutes for the hearing.

NewRez LLC's motion for relief from the automatic stay has been presented to the court. Having entered the default of respondent for failure to appear, timely oppose, or otherwise defend in the matter, and having considered the well-pleaded facts of the motion,

IT IS ORDERED that the motion is granted in part and denied as moot in part. The automatic stay is vacated with respect to the interest of the trustee in the property described in the motion, commonly known as 1103-1109 Wanda Street, Crockett, California. Relief from the automatic stay as to the interest of the debtor in such property is denied as moot given the entry of the discharge in this case. 11 U.S.C. § 362(c)(2)(C).

IT IS FURTHER ORDERED that the 14-day stay of the order under Federal Rule of Bankruptcy Procedure 4001(a)(3) is waived. Any party with standing may pursue its rights against the property pursuant to applicable non-bankruptcy law.

IT IS FURTHER ORDERED that no other relief is awarded. To the extent that the motion includes any request for attorney's fees or other costs for bringing this motion, the request is denied.

**Dated:** January 23, 2026

**Fredrick E. Clement**
**United States Bankruptcy Judge**

[281] - Motion for Relief from Automatic Stay [PJK-6] Filed by Creditor NewRez LLC (Fee Paid $199) (eFilingID: 7575846) (pdes)