1
MICHAEL GABRIELSON, CPA
460 CENTER STREET, PMB 6034
MORAGA, CA 94556
Telephone: (925) 899-5798
E-mail: cpa711@sbcglobal.net

Accountant for Trustee

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| In re:<br><br>YOUNGSOON CHOI<br><br><br>Debtor. | **Case No. 25-22551-D-7**<br><br>**DC No.: KJH-2**<br><br>**TRUSTEE'S STATEMENT RE: ACCOUNTANT'S REQUEST FOR FEES**<br><br>**Date: September 25, 2026**<br>**Time: 1:30 p.m.**<br>**Place: Department D**<br>**The Honorable Corrinne Bielejeski** |

I, Kimberly Husted, trustee of the above-captioned case, have reviewed the First and Final Application for Compensation and Reimbursement of Expenses of Accountant and the billings attached thereto, submitted by Michael Gabrielson, and have no objections to the full amount of the fees and costs expended.

Date: August 20, 2026

/s/ Kimberly Husted
KIMBERLY HUSTED